574

330 A.2d 846
In re ESTATE of Ethel S. SNEDAKER,
an alleged incompetent.

Appeal of Frank C. SNEDAKER, next of kin.

Supreme Court of Pennsylvania.
Argued Nov. 20, 1974.
Decided Jan. 27, 1975.

Paul R. Rosen, Pechner, Sacks, Dorfman, Rosen & Richardson, Stanley A. Uhr, Philadelphia, for appellant.

Aaron A. Brumbach, Reading, Kirk T. Karaszkiewicz, Montgomery, McCracken, Walker & Rhoads, Jeffrey R. Lerman, Philadelphia, for appellee, National Central Bank, Guardian of Ethel S. Snedaker, an incompetent.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

PER CURIAM:

Decree vacated. Case remanded to the Common Pleas Court of Berks County, Orphans' Court Division for a hearing to determine the competency of Ethel Snedaker. Notice to be given to appellant, Frank C. Snedaker and Frank C. Snedaker is granted leave to intervene. Costs to abide result.